E-filing

FILED
08 MAR -5 PM 1:56

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CLIFFORD BAIR
                    Plaintiff,

vs.

WARDEN OUI TRACY CA
BOARD OF PRISON HEARINGS
et al
                    Defendant.

CASE NO. CV 08 1289 (PR) JSW

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

I, CLIFFORD BAIR, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1:    Are you presently employed? Yes ✗   No ___

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: $80.00 APPROX    Net: $80.00 APPROX

Employer: PRISON INDUSTRY AUTHORITY (P.I.A.) OUI TRACY CA (23500 KASSON ROAD) 95378-0400

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _SELF EMPLOYED 24 YEARS AGO_____
5  _____
6  _____
7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9       a.   Business, Profession or                    Yes ___ No ✗
10           self employment
11      b.   Income from stocks, bonds,                 Yes ___ No ✗
12           or royalties?
13      c.   Rent payments?                             Yes ___ No ✗
14      d.   Pensions, annuities, or                    Yes ___ No ✗
15           life insurance payments?
16      e.   Federal or State welfare payments,         Yes ___ No ✗
17           Social Security or other govern-
18           ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____
22  _____
23  3.    Are you married?                              Yes ✗ No ___
24  Spouse's Full Name: _VALERIE BELINDA BAIR_____
25  Spouse's Place of Employment: _DMV ROSEVILLE, CALIFORNIA_
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $ _3,400.00_ Approx   Net $ _2,300.00_ Approx
28  4.    a.   List amount you contribute to your spouse's support: $ _NONE_

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 2 -

1  b. List the persons other than your spouse who are dependent upon you for
2  support and indicate how much you contribute toward their support. (NOTE:
3  For minor children, list only their initials and ages. DO NOT INCLUDE
4  THEIR NAMES.).
5  _NONE_____
6  _____
7  5. Do you own or are you buying a home?   Yes ___ No X
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6. Do you own an automobile?   Yes X No ___
10 Make _TOYOTA CAMRY_ Year _2007_ Model _CAMREY_
11 Is it financed? Yes X No ___ If so, Total due: $ _19,000.00 APPROX_
12 Monthly Payment: $ _361.00_
13 7. Do you have a bank account? Yes ___ No X (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $ _____
17 Do you own any cash? Yes ___ No X Amount: $ _____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.)  Yes ___ No X
20 _____
21 8. What are your monthly expenses?
22 Rent: $ _____  Utilities: _____
23 Food: $ _70.00_             Clothing: $ _10.00_
24 Charge Accounts:
25 Name of Account          Monthly Payment          Total Owed on This Acct.
26 _NONE_                   $ _____            $ _____
27 _____               $ _____            $ _____
28 _____               $ _____            $ _____

1 | 9.   Do you have any other debts? (List current obligations, indicating amounts and to
2 | whom they are payable. Do not include account numbers.)
3 | _NONE_____
4 | _____
5 | 10.   Does the complaint which you are seeking to file raise claims that have been presented
6 | in other lawsuits?   Yes ___   No X
7 | Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8 | which they were filed.
9 | _____
10 | _____
11 |   I consent to prison officials withdrawing from my trust account and paying to the court
12 | the initial partial filing fee and all installment payments required by the court.
13 |   I declare under the penalty of perjury that the foregoing is true and correct and
14 | understand that a false statement herein may result in the dismissal of my claims.
15 |
16 | 2/20/2008                    [signature]
17 |    DATE                      SIGNATURE OF APPLICANT

1
2                                              Case Number: S158879
3                                          )
4
5
6
7
8                           CERTIFICATE OF FUNDS
9                                    IN
10                          PRISONER'S ACCOUNT
11
12        I certify that attached hereto is a true and correct copy of the prisoner's trust account
13   statement showing transactions of _CLIFFORD BAIR_ for the last six months
14   _DUI TRACY CALIFORNIA_ [prisoner name] where (s)he is confined.
         [name of institution]
15        I further certify that the average deposits each month to this prisoner's account for the
16   most recent 6-month period were $ _77 25_ and the average balance in the prisoner's
17   account each month for the most recent 6-month period was $_884 59_.
18
19   Dated: 2/25/08                          _____
20                                           [Authorized officer of the institution]
21
22
23
24
25
26
27
28

-5-

```
REPORT ID: TS3030   701                              REPORT DATE: 02/25/08
                                                     PAGE NO:         1

                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                    DEUEL VOCATIONAL INSTITUTION
                    INMATE TRUST ACCOUNTING SYSTEM
                    INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD AUG. 21, 2007 THRU FEB. 25, 2008

ACCOUNT NUMBER : C95079              BED/CELL NUMBER  WLT300000000046U
ACCOUNT NAME   : BAIR, CLIFFORD LEE   ACCOUNT TYPE: J
PRIVILEGE GROUP: A
                            TRUST ACCOUNT ACTIVITY
        TRAN
DATE    CODE  DESCRIPTION       COMMENT    CHECK NUM   DEPOSITS   WITHDRAWALS   BALANCE


08/21/2007   BEGINNING BALANCE                                                   821.51

08/31 W502 POSTAGE CHARG POSTAG1277                                  1.49        819.82
09/07 D550 INMATE PAYROL PIA/701523              101.94                          921.76
09/19 W502 POSTAGE CHARG POST/1828                                   4.60        917.16
09/24 FC02 DRAW-FAC 2    ML/701908                                 100.00        817.16
10/02*W512 LEGAL POSTAGE POSTGE2082                                  5.70        811.46
10/04 D550 INMATE PAYROL PIA/702174               78.08                          889.54
10/10 W502 POSTAGE CHARG POST702275                                  1.14        888.40
10/10 W502 POSTAGE CHARG POST702275                                  4.60        883.80
10/22 FC02 DRAW-FAC 2    ML/702541                                  83.80        800.00
11/05 D550 INMATE PAYROL PIA/702825               93.60                          893.60
11/06 D300 CASH DEPOSIT  MR/702851               100.00                          993.60
11/07 W512 LEGAL POSTAGE POSTG2094                                   4.60        989.00
11/13 FC02 DRAW-FAC 2    ML/702993                                 130.00        859.00
11/21 W536 COPAY CHARGE  364330/197                                  5.00        854.00
12/03 W502 POSTAGE CHARG POST703390                                  5.70        848.30
12/06 D550 INMATE PAYROL PIA/703476               76.63                          924.93
12/17*FC02 DRAW-FAC 2    ML703724                                   46.37        878.56
12/24 D300 CASH DEPOSIT  MR/703845                50.00                          928.56
   ACTIVITY FOR 2008
01/04 W536 COPAY CHARGE  7544033010                                  5.00        923.56
01/04 D550 INMATE PAYROL PIA/704039               68.70                          992.26
01/08 W423 DONATION-NARC NA/704110                                  17.00        975.26
01/11 W700 THE SF SENTRA TR/704286                                   5.30        969.96
01/11 W415 CASH WITHDRAW FLOWER4236 197989421                       73.26        896.70
01/16 W514 VISION CARE C EYEGLA4300                                 81.50        815.20
01/22 FC02 DRAW-FAC 2    MAIN704420                                 15.20        800.00
02/05 D550 INMATE PAYROL PIA/704728               50.05                          850.05
02/19 FC02 DRAW-FAC 2    ML/705062                                  45.05        805.00


                         CURRENT HOLDS IN EFFECT

   DATE    HOLD
   PLACED  CODE    DESCRIPTION          COMMENT       HOLD AMOUNT


 10/12/2006 H200  GENERAL HOLD         TAR/601755        805.00
 02/01/2008 H114  COPAY FEE, MED.      7548647652          5.00
```

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 2/25/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY
    TRUST OFFICE

CALIFORNIA DEPARTMENT OF CORRECTIONS
DEUEL VOCATIONAL INSTITUTION
INMATE TRUST ACCOUNT STATEMENT

FOR THE PERIOD: AUG. 01, 2007 THRU FEB. 25, 2008

ACCT: C95078    ACCT NAME: GAID, CLIFFORD L    ACCT TYPE: I



THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 2/25/08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE

TRUST ACCOUNT SUMMARY

| BEGINNING BALANCE | TOTAL DEPOSITS | TOTAL WITHDRAWALS | CURRENT BALANCE | HOLDS BALANCE | TRANSACTIONS TO BE POSTED |
|---|---|---|---|---|---|
| 821.81 | 619.00 | 635.81 | 805.00 | 805.00 | 0.00 |

CURRENT
AVAILABLE
BALANCE
----------
0.00
----------

NAME: _____    NUMBER: _____

HOUSING: _____    DATE Sent: _____

### Certified copy of Inmate's Trust Account

You requested a certified copy of your Trust Account. It is now available.
You have three days to prepare your legal paperwork for mailing to the court.
You are responsible for making all arrangements to receive your copy of your
Certified Trust Account.

**Be prepared to:**

1. Inspect the Certified Trust account: Name, CDCR Number, Housing and date.
2. Request the Law Library for service with this matter.
3. Bring all your completed legal work with you for mailing to the court.
4. Bring an addressed envelope for mailing to the court.
    (Be sure that your legal work fits into the envelope)
5. Fill out a Trust Withdrawal form for postage. You may use your own postage if you have it.
6. If you wish a copy of your Certified Trust Account request a copy to be made.

**Note:**
If you are an R.C., S.P.U., or an Ad. Seg. Inmate you will be escorted for service.

_____    _____    2/27/0_
**Sign your name**            **Print your name**            **Date of Service**

Bring your pink copy of this notice when you come to (_____)
The original, (white copy) will be sent to your C-file.
The (yellow copy) is proof of service and is maintained.

*if you require a check to be cut or a money order for Court fees you will
 make that request through your Counselor.

Note: it is your responsibility to be prepared to meet your court deadline.

_____
**Staff member signature**            DVI Library #09