IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLIFFORD BAIR,<br><br>      Petitioner,<br><br>  vs.<br><br>CLAUDE FINN,<br><br>      Respondent. | No. C 08-1289 JSW (PR)<br><br>**ORDER OF TRANSFER**<br><br>(Docket No. 2) |

      Petitioner is a state prisoner currently incarcerated at the Deuel Vocational Institute ("DVI") in Tracy, California, within the venue of the United States District Court for the Eastern District of California. On July 26, 2007, Petitioner filed this petition regarding his parole hearing before the Board of Prison Terms.

      A petition for a writ of habeas corpus made by a person in custody under the judgment and sentence of a state court of a state which contains two or more federal judicial districts may be filed in either the district of confinement or the district of conviction. *See* 28 U.S.C. § 2241(d). Each of such districts shall have concurrent jurisdiction to entertain the petition; however, the district court for the district where the petition is filed may transfer the petition to the other district in the furtherance of justice. *See id.* However, if the petition is directed to the manner in which a sentence is being executed, e.g., if it involves parole or time credits claims, the district of confinement is the preferable forum. *See* Habeas L.R. 2254-3(a); *Dunne v. Henman*, 875 F.2d 244, 249 (9th Cir. 1989).

      Petitioner's claims are directed to the execution of sentence, in that they involve the failure of the Board to find Petitioner suitable for parole. Therefore, this Court will

1 transfer this action to the United States District Court for the Eastern District of
2 California. Accordingly, IT IS ORDERED in the interest of justice, and pursuant to 28
3 U.S.C. § 1406(a), that this action be TRANSFERRED to the United States District Court
4 for the Eastern District of California.

5 As Petitioner has paid his filing fee, the application to proceed in forma pauperis
6 (docket no. 2) is DENIED as moot.

7 The Clerk of the Court shall transfer this matter forthwith and terminate docket
8 no. 2 from this Court's docket.

9 IT IS SO ORDERED.

10 DATED: May 8, 2008

*[signature: Jeffrey S. White]*

11 JEFFREY S. WHITE
United States District Judge

2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

CLIFFORD BAIR,

        Plaintiff,

  v.

CLAUDE FINN et al,

        Defendant.

Case Number: CV08-01289 JSW

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 8, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Clifford Bair
C95079
P.O. Box 20
Tracy, CA 95378-0600

Dated: May 8, 2008

Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk