UNITED STATES DISTRICT COURT
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102

www.cand.uscourts.gov

Richard W. Wieking
Clerk

May 9, 2008

**FILED**

08 MAY 14 PM 1: 28

RICHARD W. WIEKING
CLERK, U.S. District Court
NORTHERN DISTRICT OF CALIFORNIA
415.522.2000

**RECEIVED**

MAY 1 3 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

**United States District Court-Eastern California**
**501 I Street**
**Sacramento, CA 95814**

RE: CV 08-01289 JSW  CLIFFORD BAIR-v-CLAUDE FINN

Dear Clerk,

2 0 8 - CV - 1 0 3 9 MCE GGH HC

Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

- ☒ Certified copy of docket entries.
- ☒ Certified copy of Transferral Order.
- ☒ Original case file documents.
- ☒ Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

Please acknowledge receipt of the above documents on the attached copy of this letter.

Sincerely,
RICHARD W. WIEKING, Clerk

by: Hilary D. Jackson
Case Systems Administrator

Enclosures
Copies to counsel of record